# EXHIBIT 14

Michelle Clark <michelleannclark1@gmail.com>

# I Do NOT Approve

**Michelle Clark** <michelleannclark1@gmail.com> Sun, Jul 12, 2015 at 3:11 PM
To: "Arquilla & Associates, PLC" <Firm@aalaw.com>
Cc: Robin Robb <rlrobb@rlrobbfamilylaw.com>
Bcc: Michelle Clark <michelleannclark1@gmail.com>, "michelleannclark1@mac.com" <michelleannclark1@mac.com>

Mike, This is not acceptable to me and I believe That I am better off having the Judge decide!! I authorized you to try to get me more spousal support for a shorter time and how that came to this I do not understand. You say the guideline is $660 for spousal but we were asking for $2,200 and you didn't think that was unlikely or unreasonable b/c as we discussed I also have to pay my own health insurance. We have an Order that the house was to be sold and my name is on the Gift Deed, what is going on! The market value was to be $950,000. I was married for EIGHT YEARS and have my name on the title and you say that I am only entitled to 10% of the house! I am extremely upset. Judge Fiore is not my favorite person and I don't think he is warm and fuzzy BUT I find it hard to believe that even he would award me 10%!! I gave up my job, no one disputes I supported my husband or raised my son! What did you argue were my non-monetary contributions? What about my husband's negative non-monetary contributions, he legally deserted us. Even if you say that I am only entitled to 50% of the equity since my name was put on the title then it still does NOT come out to 10%. I do not agree to pay all my own attorney's fees, the total cost of the evaluation, etc. I can't believe this!

On Sunday, July 12, 2015, Arquilla & Associates, PLC <Firm@aalaw.com> wrote:

> Michelle,
>
> Sorry for the delay in getting back to you. I tried to call you after court on Friday but wasn't able to reach you. I will be in the office tomorrow and can explain this more fully then if you'd like to give me a call but here are the financial details:
>
> 1. The marital residence: Mr. Clark will buy out your interest in the house for $95,611.50, to be paid as follows: He will make an initial payment of $17,500.00, and thereafter make monthly payments of approximately $1,327.00 each month until repaid. The timing of the first payment will need to be worked out based on when you are able to move out. The initial $17.5K is intended to cover things like costs of moving out, the psychological evaluation, health insurance, etc.
>
> 2. Spousal support: The duration will be 10 years, the amount that you will be actually receive each month is $255. The guideline spousal support as ordered is $667.00, but that is reduced by the child support owed to Mr. Clark, which results in a net of $255 per month to you.
>
> 3. NML retirement account: Mr. Clark will transfer $18,000.00 to you.
>
> 4. Debts: Mr. Clark is responsible for 70%, you are responsible for 30%.
>
> 5. Attorney's fees: Each party pays their own attorney's fees.
>
> Mr. Clark's attorney will draft a detailed final order with all of the terms. Regarding the psychological evaluation, here are the doctors that Robin recommended:
>
> 1. Dr. Christopher Lane
> 2. Michael Eabon (although I understand from her that he is more expensive)
>
> Best,
>
> Mike
>
> Sent from my iPad
>
> On Jul 11, 2015, at 3:32 PM, Michelle Clark <michelleannclark1@gmail.com> wrote:

On Saturday, July 11, 2015, Michelle Clark <michelleannclark1@gmail.com> wrote:
> Hi. I sent an e-mail yesterday and was wondering if you had a chance to read it and if Robin has any doctors she knows who do evaluations. Also, I talked to Andrew at Dr. Rainey's office this morning and I love that he is going to get a dog for Mason if he isn't allergic to it. Mason has wanted one for so long. BUT, I am confused b/c he mentioned fencing in the yard and I thought the house was to be sold. He seems to know more about what is happening then I do and I wanted to check in with you. Thank you. - Michelle Clark

 **Michelle Clark <michelleannclark1@gmail.com>**

---

# Settlement

2 messages

---

**Michelle Clark** <michelleannclark1@gmail.com> Sun, Jul 12, 2015 at 3:20 PM
To: "aclark1017@aol.com" <aclark1017@aol.com>
Cc: "Arquilla & Associates, PLC" <Firm@aalaw.com>, Robin Robb <rlrobb@rlrobbfamilylaw.com>
Bcc: Michelle Clark <michelleannclark1@gmail.com>, "michelleannclark1@mac.com" <michelleannclark1@mac.com>

My lawyer just sent me details on what he said was the agreement. I did not authorize or have knowledge of these terms. I only knew about the spousal support argument and was willing to take more money over a shorter time but I DO NOT approve the agreement and have let my attorney know the same. We were married for eight years and I stayed home with Mason as a baby and my name is on the Gift Deed and you only think that I am entitled to 10% of the market value! I don't have words to describe how this makes me feel. Better Judge Fiore decide the division b/c it couldn't be WORSE for me!

---

**Michelle Clark** <michelleannclark1@gmail.com> Thu, Sep 10, 2015 at 10:02 PM
To: Michelle Clark <michelleannclark1@gmail.com>

[Quoted text hidden]

be sold. He seems to know more about what is happening then I do and I wanted to check in with you. Thank you. -Michelle Clark

 **Michelle Clark <michelleannclark1@gmail.com>**

---

## Sorry-Question! Math Makes no sense

3 messages

---

**Michelle Clark** <michelleannclark1@gmail.com> Sun, Jul 12, 2015 at 9:28 PM
To: "Arquilla & Associates, PLC" <Firm@aalaw.com>
Cc: Robin Robb <rlrobb@rlrobbfamilylaw.com>
Bcc: Michelle Clark <michelleannclark1@gmail.com>, "michelleannclark1@mac.com" <michelleannclark1@mac.com>

Mike, I want to understand the legal rationale that was used. If my case was a law school problem and the Judge ruled the deed was a gift in 2008 then why wouldn't Andrew's contributions come out of half of the value of the house in 2008, or something like that. When we talked you said the gift deed just made the house marital but the house was marital anyway and the deed transferred something?

**What interest did I receive in the gift deed transfer of 2008??** The Judge recognized the deed as a gift deed so legally how can it be completely disregarded in calculating my portion of ownership in the house?? This makes no sense and sounds like reversible error.

Even if I get zero credit for my contribution then you still have to take into account that SOME KIND OF TRANSFER happened in 2008.

I need to understand the math, what interest did I have?

---

**Arquilla & Associates, PLC** <Firm@aalaw.com> Sun, Jul 12, 2015 at 11:33 PM
To: Michelle Clark <michelleannclark1@gmail.com>

Michelle,

When we spoke this afternoon I explained everything to you in detail and answered all of your questions, including the ones in your email below. I do not have time to meet with you tomorrow morning and do it all over again as I have many other clients whose cases I have not been able to work on last week while I was in court on your behalf. I hope you understand and are able to move on.

Also, please stop cc'ing Robin on your emails to me.

Mike

Sent from my iPad
[Quoted text hidden]

---

**Robin Robb** <rlrobb@rlrobbfamilylaw.com> Mon, Jul 13, 2015 at 3:17 PM
To: Michelle Clark <michelleannclark1@gmail.com>
Cc: "Arquilla & Associates, PLC" <Firm@aalaw.com>

Michelle:

I have received your emails regarding the division of the marital estate (house) and spousal support. Those are matters for your attorney only and I should not be copied on them as that is between you and your attorney. Additionally I am not part of the financial part of your case or the division of the marital assets.

Thank you,

Robin
Robin L. Robb, Esquire
LAW OFFICE OF ROBIN L. ROBB, PLLC
6045 Wilson Boulevard, Suite 101
Arlington, Virginia 22205
(703) 237-1877
(800) 748-5215 facsimile
rlrobb@rlrobbfamilylaw.com

This email and any attachments thereto may contain private, confidential and privileged material for the sole use of the intended recipient. Any review, copying or distribution of this email (and any attachments) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments.

On Jul 12, 2015, at 9:28 PM, Michelle Clark <michelleannclark1@gmail.com> wrote:

[Quoted text hidden]